UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BANCO INBURSA, S.A.,

                Plaintiff,

      - against -

CPC GROUP LIMITED and KAUPTHING
BANK HF,

                Defendant.

------------------------------------- x

09 CV 5137 (SHS)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Banco Inbursa, S.A. hereby voluntarily dismisses defendant Kaupthing Bank HF from the above-captioned action without prejudice.

Dated: July 10, 2009
       New York, New York

Respectfully submitted,

*/s/ Lauren E. Aguiar*
Lauren E. Aguiar
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Harriet S. Posner
Thomas E. Haroldson
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
(213) 687-5000

Attorneys for Plaintiff