```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BANCO INBURSA, S.A.,

               Plaintiff,

  - against -

CPC GROUP LIMITED,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: 09 CV 5137 (SHS)

: **STIPULATION AND** ~~PROPOSED~~
  **ORDER OF VOLUNTARY DISMISSAL**
: **<u>WITHOUT PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed without prejudice against defendant CPC Group Limited, pursuant to Federal Rule of Civil Procedure 41(a), with each side bearing its own costs.

Dated: August 17, 2009
       New York, New York

By: _/s/ Lauren Aguiar_
Lauren E. Aguiar
(lauren.aguiar@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Harriet S. Posner
(harriet.posner@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071
(213) 687-5000

Attorneys for Plaintiff

By: _/s/ Robert Micheletto_
Robert C. Micheletto
(rmicheletto@jonesday.com)
Bronson J. Bigelow
(bjbigelow@jonesday.com)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Attorneys for Defendant

IT IS SO ORDERED

_____
Honorable Sidney H. Stein
United States District Judge

DATED: August __, 2009